# CRIMINAL DOCKET - U.S. District Court

**FORM AO-256 REV. 1-82**

PO: 0417 4  Assigned: 1707
Misd.  R.20
Felony: X District  Judge/Magistr

10/3/86 - Name Changes (LAST, FIRST, MIDDLE)

~~DOE, John~~ Munro, Glen Allen
a/k/a ~~David William Bright~~
a/k/a ~~"Blondie"~~

Case Filed: Mo 07 / Day 23 / Yr 86
Docket No. 00033  Def 09
No. of Def's: 11

## I. CHARGES

| U.S TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:963 | Conspiracy to import marihuana and cocaine - Ct.1 | 1 |
| 21:846 | Conspiracy to Poss. w/intent to distr. and to distr. marihuana and cocaine - Ct. 2 | 1 |
| 21:952(a),960 18:2 | Importation of marihuana and aid and abet - Ct. 3 | 1 |
| 21:841(a)(1)& 18:2 | Poss. w/intent to distr. marihuana & aid & abeot-Ct.4 | 1 |

## II. KEY DATE

INTERVAL ONE — KEY DATE: 7-23-86 (arrest/summons/custody/appears-on complaint — APPLICABLE)

END ONE AND/OR BEGIN TWO: X Indictment filed/unsealed — KEY DATE: 9-14-87

END INTERVAL TWO: XX 1st appears on pending charge /R40 — KEY DATE: 9-21-87 2:00 p.m. Miss — APPLICABLE

## III. MAGISTRATE

(blank)

Show last names and suffix numbers of other defendants on same indictment/information:
01-Gibbs; 02-W. Gibbs; 03-Radon; 04-Grimes; 06-Sykes; 07-Donahoo; 08-Caldwell; 10-Melton; 11-John Doe

### ATTORNEYS
U.S. Attorney or Asst: **J. Douglas McCullough**

Defense: 2 XX Ret.

107 Benjamin Drive
Ormond Beach, Florida 32074
904-677-4337

Amanda Maxwell
4649 Ponce Deleon
Suite 300
Coral Gables, Florida 33146
305-667-1009

### BAIL • RELEASE

POST-INDICTMENT: Bail X Denied

70 Days Up: 11-23-87          Arr. & T.D.: 11-2-87 (Ral.)

| DATE DOCUMENT NO | Y- 86 | Dock No 00033 | Def 09 | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE / OF | VI EXCLUDABLE DELAY Start Date / End Date | LH Code | Total Days | LETTER CODES |



### V. PROCEEDINGS

John Doe

| Date | Entry |
|---|---|
| 7-23-86 | **INDICTMENT** — cys distr. |
| 7-24-86 | **MEMORANDUM** — request issuance of warrant — detention requested |
| 7-24-86 | **ISSUED WARRANT FOR ARREST** u/name of John Doe — orig. & 1 cy. U.S. Marshal w/cy. of indictment — 1c: U.S. ATty. |
| 8-8-86 | **ISSUED NOTICE TO APPEAR** —now set for arraignment on Tuesday, August 19, 1986, at 10:30 A.M.... in New Bern N.C. before U.S. Magistrate 1c: U.S. Atty, |
| 8-19-86 | Deft. not present for arraignment. |
| 9-12-86 | **NOTICE OF INTENT TO DESTROY MARIHUANA** — w/n 30 days w/cs — 1c: counsel of record and U.S. Atty. |
| 10-3-86 | **ORDER** — ordered deft's correct name is **GLEN ALLEN MUNRO** — Clerk directed to make the necessary changes to reflect the proper identification of this deft by name on all court records including the indictment, warrant, notices calendars. (Denson, Mag.) Cr. OB#5, P.14. 1c: U.S. Atty, U.S. P. O., U.S. Marshal and Judge Fox. |



| 10-23-86 | **REQUEST FOR ISSUANCE OF WARRANT** — requests warrant be issued for deft. under name of Glen Allen Munro — detention requested. |
| 10-24-86 | **ISSUED WARRANT FOR ARREST OF DEFENDANT** — issued in the name of Glen Allen Munro — orig. & 1 cy. U.S. Marshal 1c: U.S. Atty w/corrected indictment 1c: Indictment w/name changes to U.S. Atty., USPO, USM, Mag. Denson, Judge Fox and New BErn Office. |
| 11-6-86 | **MARSHAL'S RETURN** Returned warrant unexecuted - superceding indictment dated 10-24-86. William Dickinson, Inspector USMS (re: WArrant issued 7/24/86) |
| 1-13-87 | **REVISION TO GOVERNMENT'S AFFIDAVIT OF IDENTITY-** (J. Douglas McCullough, AUSA) 1c: Mag. Denson, 1c: Judge Fox   jh |
| 6-2-87 | **Field Report** — 6-2-87 — warrant & indict. dexed to USMS M/Fl.(Orlando) for detainer to be filed on subject - arrested on 6-1-87 by local authorities on state charges and detained in Orange Co. Jail, Orlando, Fla. |



| 9-14-87 | **INITIAL APPEARANCE** AT RALEIGH, NC BEFORE U.S. Magistrate Wallace W. Dixon - Proceedings Recorded - Deft. advised of all rights. (Possible Rule 20 Transfer to Southern District of Mississippi). Deft. retained counsel (Amanda Maxwell out of Coral Gables, Fa.) (Deft. present at the I.A. without counsel.   jh |
| 9-14-87 | **ORDER OF DETENTION PENDING TRIAL** - A plea agreement with the deft. and his attorney, Amanda Maxwell defers the matter of **detention** or release to the Southern District of Mississippi upon the deft. completing his obligations in... (Wallace W. Dixon) cy: AUSA, USPO, USM, Counsel. Ent. 9-14-87 jh |



| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 9-14-87 | **MARSHALS RETURN** ON COMMITMENT TO ANOTHER DISTRICT received from the Middle Distirct of Florida. Date commitment order received 9-12-87 Place of Commitment-Edgecombe Co. Jail Date Deft. Committed-9-12-87 (W.I. Berryhill, Jr. by: Scott A. Mackely) jh | |
| 9/18/87 | PRE-TRIAL SCHEDULING ORDER-the attorneys are ORDERED to conduct a pre-trial conference on or before October 5, 1987 all pretrial motions shall be filed no later than October 15, 1987 responses shall be filed no later than October 25, 1987; McCOTTER, C.K., JR. U.S. Magistrate; cys to AUSA, def't atty & Judge       bb | |
| 9-21-87 | **CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE** under Rule 20 - 1c: USA, USPO, USM, Judge Fox and Mag. Denson | |
| 9-22-87 | **PURSUANT TO CONSENT** filed 9/21/87 - entire file w/original proposed memorandum of plea agreement, docket sheet and JS 3 card transferred under Rule 20 to Southern District of Mississippi (Jackson, Mississippi). | |
| 9-16-87 | **MARSHALS RETURN** Date Received 9-4-87 Date of Arrest 9-4-87 Arresting Officer - Peter G. Nagurny, SDUSM jh | |
| 9-25-87 | On 9-28-87 RECEIVE NOTICE OF APPEARANCE by ATtorney Amanda Maxwell filed on 9/25/87 at NB. - mailed 1 copy of cover letter dated 9/22 to Ms. Maxwell - mailed copy of NOtice of Appearance to Clerk. SDMiss. | |
| 10/13/87 | REceived **UNOPPOSED MOTION TO STRIKE SURPLUSAGE AND INCORPORATED MEMROANDUM OF LAW** by deft. filed in NB Office on 10/9/87 - Mr. Leonard advised to send the original to SDMiss. and keep a copy in our file - since case has been transferred u/Rule 20 to SDMiss. **LETTER** to Hon. Clarence A. Pierce, Clerk- SDMiss. w/original of Unopposed Motion to Strike Surplusage and Incorporated Memorandum of Law for handling by court in SDMiss. | |

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |